UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVIN HINA,

    Plaintiff,

v.                                       Civil Action 2:21-cv-2634
                                        Judge James L. Graham
                                        Magistrate Judge Chelsey M. Vascura

ARIEL CORPORATION,

    Defendant.

**ORDER**

The mediator reported on November 22, 2021, that the parties have reached a settlement in principle. The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE DECEMBER 22, 2021** unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    **IT IS SO ORDERED.**

                                                 /s/ *Chelsey M. Vascura*
                                                 CHELSEY M. VASCURA
                                                 UNITED STATES MAGISTRATE JUDGE