**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KEVIN HINA,** | : | |
| | : | Civil Action 2:21-cv-2634 |
| **Plaintiff,** | : | |
| | : | Chief Judge James L. Graham |
| v. | : | |
| | : | Magistrate Judge Chesley M. Vascura |
| **ARIEL CORPORATION,** | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT

In accordance with the Court's November 23, 3021 Order (Dkt. No. 20), the parties jointly report that this matter has been settled and a dismissal entry will be filed in accordance with the parties' executed settlement agreement within the next several weeks.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas M. Mansfield* | */s/ Trisha Breedlove* |
| Douglas M. Mansfield (0063443) | Trisha M. Breedlove (0095852) |
| (Trial Attorney) | Gregory T. Shumaker (0095552) |
| Dan T. Carter (0014058) | THE SPITZ LAW FIRM, L.L.C. |
| LAPE MANSFIELD NAKASIAN & GIBSON, LLC | 1103 Schrock Road, Suite 307 |
| 9980 Brewster Lane, Suite 150 | Columbus, Ohio 43229 |
| Powell, OH 43065 | Telephone: 614-683-7331 |
| Telephone: (614) 763-2316 | Facsimile: 216-291-5744 |
| FAX: (614) 467-3704 | E-mail: trisha.breedlove@spitzlawfirm.com |
| Email: dmansfield@lmng-law.com | |
| | ATTORNEYS FOR PLAINTIFF KEVIN HINA |
| ATTORNEYS FOR DEFFENDANT ARIEL CORPORATION | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on December 22, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Douglas M. Mansfield
Douglas M. Mansfield (0063443)

*One of the attorneys for Defendant Ariel Corporation*