# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KEVIN HINA, | ) Case No. 2:21-cv-02634 |
|    Plaintiff, | ) |
| v. | ) JUDGE JAMES L. GRAHAM |
| ARIEL CORPORATION, | ) |
|    Defendant. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 30th day of December, 2021.

*/s/Trisha M. Breedlove*
Trisha M. Breedlove, Esq. (0095852)
The Spitz Law Firm, LLC
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com
*Counsel for Plaintiff*

*/s/Douglas M. Mansfield (email approval on 12/30/21)*
Douglas M. Mansfield (0063443)
Lape Mansfield Nakasian & Gibson LLC
9980 Brewster Lane, Suite 150
Powell, Ohio 43065
Telephone: (614) 763-2316
Facsimile: (614) 467-3704
dmansfield@lmng-law.com
*Counsel for Defendant*